IN THE CIRCUIT COURT OF ALCORN COUNTY, MISSISSIPPI

USDC 1:16cv67-GHD-DAS

CINDY ARMSTRONG                                                             PLAINTIFF

VS.                                                                    CAUSE NO. CV16-184PA

THE KROGER COMPANY                                            DEFENDANT

## COMPLAINT
*Jury Trial Demanded*

COMES NOW, Plaintiff Cindy Armstrong, by and through counsel, and files her complaint against the above named Defendant The Kroger Company (hereinafter "Kroger"), and shows the following in support:

1. Plaintiff is an adult resident citizen of Alcorn County, Mississippi.

2. Defendant is believed to be a foreign corporation doing business within the State of Mississippi and may be served with process upon its registered agent Corporation Service Company, 5760 I-55 North, Suite 150, Jackson, Mississippi 39211.

3. This cause of action occurred in Corinth, Alcorn County, Mississippi, therefore jurisdiction and venue are proper with this Court.

4. On or about September 27, 2013, Cindy Armstrong drove her automobile to the Kroger gas pumps in Corinth, Mississippi, when she slipped, fell and was injured.

5. Kroger negligently caused Cindy Armstrong's injuries in the following way:

   a. Creating a dangerous condition on its premises;

   b. Failing to warn Cindy Armstrong of a dangerous condition on its premises;

   c. Failing to clean the dangerous condition from its premises; and

   d. Failing to keep its premises in a safe condition.

FILED COPY
APR 04 2016
JOE CALDWELL, CIRCUIT CLERK
BY _____

6. As a direct result of Kroger's negligence Cindy Armstrong has suffered the following harms and losses:

   a. Past, present and future medical expenses;

   b. Pain and suffering;

   c. Loss of enjoyment of life; and

   d. Emotional distress.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for a judgment in an amount to be determined by the jury and for any other relief deemed appropriate and necessary.

Respectfully Submitted this the 25th day of March, 2016.

_____
ATTORNEY FOR PLAINTIFF

Ned "Tres" McDonald III (MSBN 101129)
McDonald Law Firm, PLLC
143-C Willowbrook Drive
Saltillo, Mississippi 38866
662-869-0011 telephone
662-869-0021 facsimile
tres_mcdonald@yahoo.com

