IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CINDY ARMSTRONG                                                   PLAINTIFF

v.                                      CIVIL ACTION NO. 1:16-cv-00067-GHD-DAS

THE KROGER COMPANY                                       DEFENDANT

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to an opinion issued this day, the Court ORDERS that Defendant's motion for summary judgment [34] is DENIED. This case shall proceed to trial.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 19 day of July, 2017.

_____
SENIOR U.S. DISTRICT JUDGE